### HAMILTON COUNTY v GOEBEL

Ohio Appeals, 1st Dist, Hamilton Co

No. 3720. Decided Feb 24, 1931.

County Prosecutor, for the County of Hamilton.

Goebel, Dock, and Goebel, for H. P. Goebel.

CUSHING, J.

If the judgment is void, for want of the County of Hamilton being a party to the action, that question cannot be reviewed under this petition in error. No bill of exceptions was taken on the hearing on the motion to set aside the judgment.

The petition in error will, therefore, be dismissed.

ROSS, PJ, and HAMILTON, J, concur.